UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY RAY HALL,

     Plaintiff,

v.                                    Case No. 3:25cv1017-LC-HTC

RICKY DIXON, et al.,

     Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on September 29, 2025 (ECF No. 11), recommending that this case be dismissed without prejudice. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) due to Plaintiff's failure to state a claim on

which relief may be granted and failure to establish standing to seek injunctive relief.

3.    The clerk shall close the file.

**DONE AND ORDERED** this 29th day of October, 2025.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**